**Sylvester D. LLOYD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 75689.

Missouri Court of Appeals, Western District.

Sept. 24, 2013.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**Order**

PER CURIAM:

Sylvester Lloyd appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his motion for post-conviction relief after an evidentiary hearing. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.